**Order entered August 19, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00181-CV

## IN RE MARCUS JARROD PAYNE, Relator

**Original Proceeding from the 303rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-20-00663**

## ORDER
Before Justices Molberg, Reichek, and Smith

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus.

/s/     KEN MOLBERG
       JUSTICE